Jeffrey S. Torosian (*pro hac vice forthcoming*)
Joseph A. Roselius (*pro hac vice forthcoming*)
**DLA Piper LLP (US)**
444 W. Lake St., Ste. 900
Chicago, Illinois 60606
T 312.368.4000
E jeffrey.torosian@us.dlapiper.com
E joseph.roselius@us.dlapiper.com

Gregory M. Juell
**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
T 212.335.4500
E gregory.juell@us.dlapiper.com

*Counsel for Equities First Holdings, LLC*

Jeffrey A. Hokanson (*pro hac vice forthcoming*)
**Ice Miller LLP**
One American Square, Ste. 2900
Indianapolis, Indiana 46282-0200
T 317.236.2100
E jeff.hokanson@icemiller.com

Isaac J. Colunga (*pro hac vice forthcoming*)
**Ice Miller LLP**
200 W. Madison St., Ste. 3500
Chicago, IL 60606-3417
T 312.726.1567
E isaac.colunga@icemiller.com

Aaron Casagrande (*pro hac vice forthcoming*)
**Ice Miller LLP**
100 Light St., Ste. 1350
Baltimore, Maryland 21202
T 410.951.5870
E aaron.casagrande@icemiller.com

Alyson M. Fiedler
**Ice Miller LLP**
1500 Broadway, 29th Floor
New York, New York 10036
T 212.824.4940
E alyson.fiedler@icemiller.com

*Counsel for Alexander Christy*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,<br><br>                     Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |
| CELSIUS NETWORK LIMITED,<br><br>                     Plaintiff,<br>v.<br><br>EQUITIES FIRST HOLDINGS, LLC, *et al.*,<br><br>                     Defendants. | Civil Case No. 23-cv-10036-GHW<br><br>Adversary Proceeding No. 23-01167 (MG) |

## NOTICE OF MOTION OF DEFENDANTS' MOTION TO STAY PENDING APPEAL

**PLEASE TAKE NOTICE** that Defendants Equities First Holdings, LLC and Alexander Christy (together, the "Defendants"), by its undersigned counsel, respectfully move the United States District Court for the Southern District of New York, on a date and time to be determined by the Court, for an order under rule 8007 of the Federal Rules of Bankruptcy Procedure (the "Motion") for a stay of the above-captioned adversary proceeding pending appeal for the reasons set forth in the accompanying Memorandum of Law in Support of Defendants' Motion to Stay Pending Appeal.

Defendants moved for such relief in the Bankruptcy Court for the Southern District of New York, which the Bankruptcy Court denied. Defendants have made no previous request to this Court for the relief requested by this Motion.

WHEREFORE, Defendants respectfully request that the Court enter an order granting the relief requested herein, and such other and further relief as the Court deems just and appropriate.

Dated: November 14, 2023

| | |
|---|---|
| /s/ Gregory M. Juell | /s/ Jeffrey A. Hokanson (w/ consent) |

Jeffrey S. Torosian (*pro hac vice forthcoming*)
Joseph A. Roselius (*pro hac vice forthcoming*)
**DLA Piper LLP (US)**
444 W. Lake St., Ste. 900
Chicago, Illinois 60606
T 312.368.4000
E jeffrey.torosian@us.dlapiper.com
E joseph.roselius@us.dlapiper.com

Gregory M. Juell
**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
T 212.335.4500
E gregory.juell@us.dlapiper.com

*Counsel for Equities First Holdings, LLC*

Jeffrey A. Hokanson (*pro hac vice forthcoming*)
**Ice Miller LLP**
One American Square, Ste. 2900
Indianapolis, Indiana 46282-0200
T 317.236.2100
E jeff.hokanson@icemiller.com

Isaac J. Colunga (*pro hac vice forthcoming*)
**Ice Miller LLP**
200 W. Madison St., Ste. 3500
Chicago, IL 60606-3417
T 312.726.1567
E isaac.colunga@icemiller.com

Aaron Casagrande (*pro hac vice forthcoming*)
**Ice Miller LLP**
100 Light St., Ste. 1350
Baltimore, Maryland 21202
T 410.951.5870
E aaron.casagrande@icemiller.com

Alyson M. Fiedler
**Ice Miller LLP**
1500 Broadway, 29th Floor
New York, New York 10036
T 212.824.4940
E alyson.fiedler@icemiller.com

*Counsel for Alexander Christy*