USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
In re Celsius Network LLC.                                    :
                                                              :
                                              Debtor.         :    1:23-cv-10036-GHW
                                                              :
-------------------------------------------------------------:
                                                              :    ORDER
Equities First Holdings, LLC, *and* Alexander                 :
Christy,                                                      :
                                                              :
                                           Appellants,        :
                                                              :
              v.                                              :
                                                              :
Celsius Network Limited,                                      :
                                                              :
                                            Appellee.         :
                                                              :
------------------------------------------------------------- :X

GREGORY H. WOODS, United States District Judge:

      On November 14, 2023, Appellants filed a motion to stay the adversary proceeding pending appeal. Dkt. No. 3. The Court will hold a status conference with respect to this matter by telephone on November 16, 2023 at 1:30 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

      SO ORDERED.

Dated: November 15, 2023
      New York, New York

                                              GREGORY H. WOODS
                                              United States District Judge