```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
In re Celsius Network LLC,                                       :
                                                                 :
                                          Debtor.                :      1:23-cv-10036-GHW
-----------------------------------------------------------------X
                                                                 :      ORDER
Equities First Holdings, LLC, *and* Alexander                    :
Christy,                                                         :
                                                                 :
                                          Appellants,            :
                                                                 :
              v.                                                 :
                                                                 :
Celsius Network Limited,                                         :
                                                                 :
                                          Appellee.              :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      This appeal has been assigned to me for all purposes.  Pursuant to Federal Rule of Bankruptcy Procedure 8018, Appellant's brief must be served and filed by December 14, 2023, Appellee's brief must be served and filed within 30 days after service of Appellant's brief, and Appellant may serve and file a reply brief within 14 days after service of Appellee's brief.

      SO ORDERED.

Dated:  November 21, 2023
                                                                                         GREGORY H. WOODS
                                                                  United States District Judge